IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3108 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TY CHRISTOPHER HUNT, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion to amend conditions of release (filing 34) is granted. Upon graduation from the Houses of Hope on or about July 1, 2006, the defendant may reside with Abby Bertram at 1255 S. 27th St., Apt. 3, Lincoln, Nebraska, until he self-surrenders to the Federal Bureau of Prison on July 14, 2006.

June 26, 2006.                                          BY THE COURT:

                                                               s/ *Richard G. Kopf*
                                                               United States District Judge